**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| **BIG WILL ENTERPRISES INC.** | |
| **Plaintiff,** | **Civil Action File No.: 6:20-cv-351-ADA** |
| **vs.** | |
| **UNALIWEAR, INC.** | **JURY TRIAL DEMANDED** |
| **Defendant.** | |

**NOTICE OF DISMISSAL**

Pursuant to Rule 41(a)(1)(a)(i) of the Federal Rules of Civil Procedure, Big Will Enterprises Inc. ("Plaintiff") hereby gives notice of dismissal of this action WITH PREJUDICE. Unaliwear, Inc. ("Defendant") has not yet filed an answer or a motion for summary judgment.

Respectfully submitted,

Dated:  May 20, 2020

*/s/ H. Artoush Ohanian*

H. Artoush Ohanian
State Bar No. 24013260
artoush@ohanianip.com
**OHANIANIP**
604 West 13th Street
Austin, TX 78701
(512) 298-2005

*Counsel for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was served on May 20, 2020 was filed with the clerk of Court via the CM/ECF system, which will notify all counsel of record including:

No Other Counsel of Record

Respectfully submitted,

Dated:  May 20, 2020

*/s/ H. Artoush Ohanian*

H. Artoush Ohanian