# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **BIG WILL ENTERPRISES INC.** | |
| **Plaintiff,** | Civil Action File No.: 6:20-cv-351-ADA |
| vs. | |
| **UNALIWEAR, INC.** | **JURY TRIAL DEMANDED** |
| **Defendant.** | |

## [PROPOSED] ORDER GRANTING DISMISSAL

The Court having considered the papers filed in this case including the Notice of Dismissal, hereby ORDERS this lawsuit against Unaliwear, Inc., DIMISSED WITH PREJUDICE.

Signed this _____ day of _____, 2020.

_____
HON. ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE